

# Fourth Court of Appeals
## San Antonio, Texas

June 6, 2022

No. 04-21-00150-CV

**IN THE ESTATE OF MARIA LUISA AGUILAR**

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2020PB5000085-L1
Honorable Hugo Martinez, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
           Liza A. Rodriguez, Justice
           Lori I. Valenzuela, Justice

On June 1, 2022, appellant filed his appellant's brief. On June 2, 2022, appellant filed a motion for extension of time to file his brief, requesting an extension to the date the brief was filed. Appellee has filed a written objection to the extension, along with a motion to dismiss appellant's appeal. We GRANT appellant's motion for extension of time to file his brief. We DENY appellee's motion to dismiss. Appellee's brief is due July 1, 2022.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of June, 2022.

_____
Michael A. Cruz,
Clerk of Court